# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Jonathan David Gaspard & Laura Oglesby Gaspard,** | **Case No. 25-44602** |
| Debtors | **Chapter 7** |
| **Suneel Menon,** | |
| Plaintiff | |
| **v.** | |
| **Jonathan David Gaspard,** | **Adversary No. 26-04015-mxm** |
| Defendant. | |

## <u>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS</u>

Before the Court is the Defendant's Motion to Dismiss Complaint Under Rules 12(b)(1), (b)(6), and 9(b) (the "<u>Motion</u>"), filed by Defendant Jonathan David Gaspard. The Court, having considered the Motion, the pleadings on file, and the arguments of counsel, finds that the Motion is well-taken and should be GRANTED.

Accordingly, it is hereby ORDERED that:

1.    Defendant's Motion is GRANTED in its entirety.

2.    All claims asserted against Defendant Jonathan David Gaspard in Plaintiff's Complaint

       are hereby DISMISSED WITH PREJUDICE.

3.    Plaintiff is denied further leave to amend the Complaint.

4.    All releief not expressly granted herein is DENIED.


# # # End of Order # # #

Submitted by:

Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Counsel for Defendant Jonathan Gaspard