Clayton L. Everett, TSBN 24065212
NORRED LAW PLLC
515 E. Border St., Arlington, TX 76010
P: 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, E: clayton@norredlaw.com
Attorney for Defendant Jonathan Gaspard

## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Jonathan David Gaspard & Laura Oglesby Gaspard,** | **Case No. 25-44602-mxm** |
| Debtors | |
| | **Chapter 7** |
| **Suneel Menon,** | |
| Plaintiff | |
| **v.** | |
| **Jonathan David Gaspard,** | **Adversary No. 26-04015-mxm** |
| Defendant. | |

### NOTICE OF HEARING

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on Defendant's *Motion to Dismiss Complaint under Fed. R. Civ. P. 12(b)(1), (b)(6), and 9(b)* [ECF No. 7 ] has been set for **Thursday, April 30, 2026, at 10:30a.m.** or at such time that the parties in coordination with the Court agree to reset the matter, before the Honorable Mark X. Mullin, United States Bankruptcy Judge, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102. The hearing will be conducted both in person and via WebEx. The WebEx Videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance:**

**Link: https://us-courts.webex.com/meet/mullin**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**

**Meeting ID: 2310-650-8783**

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates**

Respectfully submitted,

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
        Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Warren V. Norred
Texas State Bar No. 24045094
wnorred@norredlaw.com
515 E. Border St., Arlington, Texas 76010
O 817-704-3984, F. 817-524-6686
Counsel for Defendant Jonathan Gaspard

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, a true and correct copy of the foregoing has been served via the Court's ECF System and via email to Plaintiff's counsel:

*Counsel for Plaintiff Suneel Menon:*
Alvin Q. Malone
Law Offices of Al Malone
3100 W. Southlake Blvd., Ste 110
Southlake, TX 76244
al@maloneattorney.com

                        /s/ *Clayton L. Everett*