**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **In re:** | § | |
| **JONATHAN DAVID GASPARD &** | § | |
| **LAURA OGLESBY GASPARD** | § | |
| | § | **CHAPTER 7** |
| | § | |
| **SUNEEL MENON** | § | **CASE NO.  25-44602** |
| *Plaintiff,* | § | |
| | § | **ADV. PRO. NO. 26-04015** |
| **vs.** | § | |
| **JONATHAN DAVID GASPARD** | § | **JUDGE MARK X. MULLIN** |
| | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

---

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

---

Plaintiff Suneel Menon ("Plaintiff") files this Response to Defendant's Motion to Dismiss and would respectfully show:

I. **INTRODUCTION**

1. After Defendant filed the Motion to Dismiss, Plaintiff timely filed a First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a), made applicable by Federal Rule of Bankruptcy Procedure 7015.

2. The First Amended Complaint supersedes the original Complaint in its entirety.

II. **THE MOTION TO DISMISS IS MOOT**

3. Because the First Amended Complaint is now the operative pleading, Defendant's Motion to Dismiss directed to the original Complaint is moot.

4. Courts routinely deny motions to dismiss as moot where an amended complaint

supersedes the original pleading.

## III. **ALTERNATIVE RESPONSE**

5.  To the extent the Court elects to consider the Motion as directed to the First Amended

Complaint, Plaintiff respectfully submits that dismissal is not warranted.

6.  The First Amended Complaint addresses the issues raised in the Motion and alleges

sufficient facts to state claims for relief under 11 U.S.C. §§ 523(a)(4) and 523(a)(6).

7.  Plaintiff therefore requests that the Motion be denied in all respects.

## IV. **PRAYER**

WHEREFORE, Plaintiff respectfully requests that the Court:

8.  Deny Defendant's Motion to Dismiss as moot; or

9.  In the alternative, deny the Motion on the merits; and

10. Grant Plaintiff such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

By: /s/ Alvin Q. Malone
Alvin Q. Malone SBOT # 24085446
Law Offices of Al Malone
3100 W. Southlake Blvd., Ste 110
Southlake, TX 76244
T: 817-953-3112
al@maloneattorney.com

Attorney for Plaintiff