Alvin Q. Malone
Law Offices of Al Malone, PLLC
3100 W. Southlake Blvd.. Ste 110
Southlake, Texas 76092
(817) 953-3112
al@maloneattorney.com

Counsel for Plaintiff Suneel Menon

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re: | |
| Jonathan David Gaspard & Laura Oglesby Gaspard, | Case No. 25-44602-mxm |
| Debtors | |
| | Chapter 7 |
| Suneel Menon, | |
| Plaintiff | |
| v. | |
| Jonathan David Gaspard, | Adversary No. 26-04015-mxm |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Suneel Menon and Defendant Jonathan David Gaspard, by and through their respective counsel of record, hereby file this Joint Stipulation of Dismissal with Prejudice.

The Parties stipulate and agree that all claims, counts, and causes of action asserted by Plaintiff against Defendant in the above-captioned adversary proceeding are hereby DISMISSED WITH PREJUDICE to the refiling of same.

Each party shall bear his own remaining attorney's fees, expenses, and court costs, except

as otherwise explicitly governed by the confidential settlement agreement executed between the

Parties.

Dated:  July  20,  2026.

Respectfully submitted,

| | |
|---|---|
| NORRED LAW, PLLC | LAW OFFICES OF AL MALONE |
| By: */s/ Clayton L. Everett* | By: */s/ Alvin Q. Malone* |
| Clayton L. Everett | Alvin Q. Malone |
| State Bar No. 24065212 | Texas State Bar No. 24085446 |
| clayton@norredlaw.com | al@maloneattorney.com |
| 515 E. Border St. | 3100 W. Southlake Blvd., Ste 110 |
| Arlington, Texas 76010 | Southlake, Texas 76092 |
| Counsel for Defendant | Attorney for Plaintiff |
| Jonathan David Gaspard | Suneel Menon |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing document was
served via the Court's CM/ECF system upon all counsel of record and interested parties entitled
to notice.

/s/ Alvin Q. Malone
Alvin Q. Malone